CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____      Erie  __X__      Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. _X_ All Others

Defendant's name:                    Anthony Nearhoof

Is indictment waived:          ____ Yes    _X_ No

Pretrial Diversion:            ____ Yes    _X_ No

Juvenile proceeding:           ____ Yes    _X_ No

Defendant is:                  _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:   Erie

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 2 | |
| Total counts: | 8 | |
| Data below applies to defendant No.: | 2 | |
| Defendant's name: | Anthony Nearhoof | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 371, 2 | Conspiracy to Violate the Clean Air Act | X | |
| 2 | 42 U.S.C. § 7413(c)(2)(C) and 18 U.S.C. § 2 | Tampering with a Monitoring Device | X | |
| 3 | 42 U.S.C. § 7413(c)(1) and 18 U.S.C. § 2 | Violation of Title V Permit – Emitting Unburned COG Emissions | X | |
| 4-8 | 42 U.S.C. § 7413(c)(1) and 18 U.S.C. § 2 | Violation of Title V Permit – Exceeding Opacity Limits | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: November 15, 2022                    */s/ Nicole Vasquez Schmitt*
                                                              NICOLE VASQUEZ SCHMITT
                                                              Assistant U.S. Attorney
                                                              PA ID No. 320316

                                                              */s/ Michael L. Ivory*
                                                              MICHAEL L. IVORY
                                                             Assistant U.S. Attorney
                                                             PA ID No. 59296