# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO. |
| vs | DATE OF COMPLAINT |
| ANTHONY NEARHOOF | CRIMINAL DOCKET NO.  1:22-cr-00023-SPB-2 |
| | DATE OF INDICTMENT  11/15/2022 |
| | ORIGINATING DISTRICT (if applicable) |

DATE ARRESTED:   11/17/2022

## INITIAL APPEARANCE

| Presiding Magistrate Judge | | |  | |  |
|---|---|---|---|---|---|
| | [ ] LENIHAN | [X] EDDY | Date: | 11/17/2022 | CD # |
| | [ ] DODGE | [ ] LANZILLO | Time: | 10:47 am – 10:57 am | Court Reporter: |
| | [ ] KELLY | [ ] PESTO | | | |

U. S. ATTORNEY:   NICOLE VASQUEZ SCHMITT            INTERPRETER:

**1. RIGHTS EXPLAINED**

[X] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

**2. COMPLAINT/INDICTMENT/INFORMATION:**

[ ] Read    [ ] Summarized    [X] Reading waived

[ ] Defendant provided with a copy of the charges

[X] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

[X] Read    [ ] Summarized    [ ] Reading waived

**4. COUNSEL**

[ ] Defendant requested appointment          [ ] Defendant waived appointment

[X] Defendant represented by:   WES GORMAN, privately retained

[ ] Defendant expects to retain:

[ ] Affidavit executed.

[ ] Not Qualified    [ ] Qualified    [ ] With possible requirement for partial or full payment

[ ] Federal Public Defender appointed

[ ] CJA Panel Attorney _____ appointed

**5. BAIL**

Recommended Bond:   $10,000.00 Unsecured

Bond Set at:   As Recommended

[X] By Consent    [X] Additional Conditions Imposed:   See Conditions of Release Order

[ ] By Magistrate Judge

[ ] Bond Posted

[ ] Temporary Commitment issued    [ ] Final Commitment issued

Bond Review Hearing Set For:

Detention Hearing Set For:

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Arraignment set for: _____HELD_____ before Magistrate Judge _____.