IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:22−cr−00023−SPB

                                              Judge Susan Paradise Baxter

ANTHONY NEARHOOF, et al.

                Defendant.

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Wes Gorman.

Government: Nicole Vasquez Schmitt.

Date of Arraignment: 11/17/2022.

Defendant entered a plea of Not Guilty.

The parties were advised that all pretrial motions must be filed within fourteen (14) days.

A Rule 16 Conference: has not been held.

Discovery is not completed.

Defendant has requested to be tried by: Jury.

Estimated trial length: 17 days

                                                                s/ Cynthia Reed Eddy

                                                        United States Magistrate Judge