IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTHONY NEARHOOF

Criminal No. 1:22-CR-23
**[UNDER SEAL]**

## ARRAIGNMENT PLEA

Defendant ANTHONY NEARHOOF being arraigned, pleads __not guilty__ in open Court this __17th__ day of __November__, 20 __22__

__/s/ Anthony Nearhoof (by counsel)__
(Defendant's Signature)

_____ S. Wesley Gorman
(Attorney for Defendant)