IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cr-00023-SPB |
| ) | |
| ERIE COKE CORPORATION and ) | |
| ANTHONY NEARHOOF, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 5th day of May, 2023, it is hereby ORDERED that Defendant Anthony Nearhoof's Motion for an Extension of Time to file Pretrial Motions is hereby granted. IT IS FURTHER ORDERED that the extension of time caused by this continuance (May 5, 2023 through July 5, 2023) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §3161(h)(7)(B)(iv). Any pretrial motions referred to in Local Criminal Rule 13 are due on or before July 5, 2023.

BY THE COURT:

*Susan Paradise Baxter*
United States District Judge