## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **1:22-CR-00023-SPB** |
| | ) |
| | ) **SUSAN PARADISE BAXTER** |
| **vs.** | ) **United States District Judge** |
| | ) |
| **ERIE COKE CORPORATION and** | ) |
| **ANTHONY NEARHOOF,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## O R D E R

AND NOW, this 24th day of April 2025;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Counts 2, 4-8 of the

Indictment [ECF No. 54] be DENIED.

IT IS FURTHER ORDERED that the motion to strike surplusage [ECF No. 53] be

DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Extension of Time to File

Certain Motions [ECF No. 55] be GRANTED. Such motions shall be due by June 23, 2025.

IT IS FURTHER ORDERED that the time from April 24, 2025 through June 23, 2025 be

deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the

Court finds that the ends of justice served by granting this continuance outweigh the best interest

of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A). For the reasons

stated in the Defendant's Motion, the failure to grant such continuance would deny counsel for

the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv).


SUSAN PARADISE BAXTER
United States District Judge